USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA       :
                                                       :
        -against-                      :          19-CR-862 (VEC)
                                                       :
                                                       :            <u>ORDER</u>
   RAUL CUELLO,                              :
                                                       :
                     Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 27, 2021, the parties requested that the Court schedule a change-of-plea hearing;

       WHEREAS a change-of-plea hearing is scheduled for Monday, November 29, 2021 at 4:00 P.M., Dkt. 618; and

       WHEREAS Defense counsel informed the Court that a disposition was ultimately not reached in this case;

       IT IS HEREBY ORDERED that the change-of-plea hearing scheduled on Monday, November 29, 2021 at 4:00 P.M. is CANCELED.

       IT IS FURTHER ORDERED that Mr. Raul Cuello must appear at a status conference, with co-Defendants Paul Cuello and Ricardo Ricuarte on **Friday, November 12, 2021 at 4:00 P.M.** The status conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

    IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: November 4, 2021**
       **New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.