Case 1:19-cr-00862-VEC   Document 687   Filed 01/18/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :       19-CR-862 (VEC)
                                        :
                                        :       ORDER
RAUL CUELLO,                            :
                                        :
                        Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 18, 2022, the parties appeared for a change-of-plea hearing; and

WHEREAS Mr. Cuello entered a plea of guilty, which was accepted by the Court;

IT IS HEREBY ORDERED that Mr. Cuello's sentencing is scheduled for **Wednesday, May 11, 2022 at 2:30 P.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Pre-sentencing submissions are due no later than **Wednesday, April 27, 2022**.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: January 18, 2022**
   **New York, NY**                                    _____
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**